IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN W. NELSON,<br><br>            Plaintiff,<br><br>vs.<br><br>KEITH E. SPOHN, and SPOHN FARMS, INC.,<br><br>            Defendants. | 8:17CV53<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Motion to Dismiss without Prejudice, ECF No. 19, filed by Plaintiff John W. Nelson. Under Federal Rule of Civil Procedure 41(a)(2), the Court finds that the motion should be granted, and the above-captioned action should be dismissed without prejudice. The Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. Plaintiff John W. Nelson's Motion to Dismiss without Prejudice, ECF No. 19, is granted;

2. The above-captioned action is dismissed without prejudice;

3. Any other pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 8th day of June, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge